UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SAK LATSASYSINH and BOUNELIANG SYVORAVONG, | ) ) ) |
| Plaintiffs, | ) ) Case No. 2:12-cv-01812-GMN-GWF |
| vs. | ) **ORDER** ) |
| SOUTHERN NEVADA CHAPTER OF THE AMERICAN RED CROSS, *et al.*, | ) ) ) |
| Defendants. | ) ) |

This matter is before the Court on the parties' failure to file a Joint Status Report. The Minutes of the Court dated October 16, 2012, required the parties to file a Joint Status Report regarding removed action no later than November 18, 2012. To date the parties have not complied. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report no later than **November 29, 2012,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.

2. Include a statement by counsel of action required to be taken by this court.

3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

. . .

. . .

1 | Failure to comply may result in the issuance of an order to show cause why sanctions should not be
2 | imposed.
3 |     DATED this 19th day of November, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge