# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SAK LATSASYSINH and BOUNELIANG SYVORAVONG,<br><br>                Plaintiffs,<br><br>vs.<br><br>SOUTHERN NEVADA CHAPTER OF THE AMERICAN RED CROSS, *et al.*,<br><br>                Defendants. | Case No.  2:12-cv-01812-GMN-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' failure to file a Joint Status Report.  The Minutes of the Court dated October 16, 2012, required the parties to file a Joint Status Report regarding removed action no later than November 18, 2012.  To date the parties have not complied.  Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report no later than **November 29, 2012,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.

2. Include a statement by counsel of action required to be taken by this court.

3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

. . .

. . .

Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 19th day of November, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge